IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

DOC NO
REC'D/FILED
2020 NOV 18 PM 4: 37
PETER OPPENEER
CLERK US DIST COURT
WD OF WI

| | |
|---|---|
| UNITED STATES OF AMERICA | SEALED INDICTMENT |
| v. | Case No. 20 CR 149 JDP |
| BRIAN LAMPHIER, | 18 U.S.C. §§ 1591(a)(1), (b)(2) & (c) |
| | 18 U.S.C. § 2252(a)(2) |
| Defendant. | |

THE GRAND JURY CHARGES:

COUNT 1

From in or about March 2020, to on or about June 1, 2020, in the Western District of Wisconsin, the defendant,

BRIAN LAMPHIER,

knowingly transported, patronized, and solicited by any means "John Doe 1," in and affecting interstate commerce, knowing and in reckless disregard of the fact, and having a reasonable opportunity to observe "John Doe 1," that "John Doe 1" had not attainted the age of 18 years, and would be caused to engage in a commercial sex act.

(In violation of Title 18, United States Code, Sections 1591(a)(1), (b)(2) & (c)).

COUNT 2

On or about April 8, 2020, in the Western District of Wisconsin, the defendant,

BRIAN LAMPHIER,

knowingly distributed a visual depiction using any means or facility of interstate and foreign commerce, and the production of such visual depiction involved the use of a

minor engaging in sexually explicit conduct, and the depiction was of such conduct. Specifically, LAMPHIER used Facebook to send a file beginning with the numbers "2399311," containing an image of a minor engaged in sexually explicit conduct, from his Facebook account to the Facebook account of A.C.

(In violation of Title 18, United States Code, Section 2252(a)(2)).

A TRUE BILL

_____
PRESIDING JUROR

Indictment returned: __2/__

_____
SCOTT C. BLADER
United States Attorney