August 18, 2021

Honorable James D. Peterson

United Stated District Court

Western District of Wisconsin

120 North Henry Street

Madison, Wisconsin 53703


Dear Judge Peterson:

I would like to start by apologizing first to my victim and his family for the pain, embarrassment and any harm I brought to them. I am truly sorry. I was irresponsible and I take full responsibility for my actions and lack of judgement. I was the adult and should of known better. There is no one else to hold accountable except myself. I know what I did was wrong and words can't fix or change the past. However, I am truly sorry and regret my actions. My actions not only hurt my victim and his family but because of my compulsive behavior and not thinking of the consequences I've also hurt my husband, my dad, my children, my granddaughter, my friends, co workers and those that put their trust in me. Because of my actions I may be almost 60 years old or older when I'm released. I will no matter my age feel the effects the rest of my lifetime. I've wished every day I could go back and make the right choice better choices. I've hated myself for the choices I made. I know all I can do is learn from my mistake – and I have.

While being out on parole I've attended weekly counseling and have made great progress in becoming a better person. I know that I still have a long ways to go and will continue with my counseling during incarceration and after. Thru counseling I have been able to take a hard look at my life and myself openly and honestly. I have started making the changes I need to its never to late to look at yourself and do what you need to be a better person. I fully understand the magnitude of my actions and only want the chance to be that better person who can turn his life around and be a role model for my husband, my dad, my children, my granddaughter and those I've let down. Again I understand and accept full responsibility for the actions I took but I hope eventually one bad mistake doesn't define who I am and doesn't erase the good that I have done by serving my country in the Air Force for 8 years my children I raised who still support me my husband who stands by my side and my dad who loves me and the friends who still believe in me. Again I am so sorry and apologize to the victim and his family. I wish I had never put them thru this.


Thank you


Sincerely,

*[signature]*

Brian D. Lamphier

August 20, 2021

Honorable James D. Peterson

United States District Court

Western District of Wisconsin

120 North Henry Street

Madison, Wisconsin 53703

Dear Judge Peterson:

I am Giancarlo E. Relon, husband of Brian Lamphier for 5 years now. I am currently working in a mail sorting facility for 3 years and I love my job. I know Brian for over 10 years now. We met and started talking back in 2010. He's still the same person from 10 years ago that I know...loving, kind, respectful, generous and always think of his family needs before him. I have witness how he loves his kids and dad by always paying attention and giving his time when they needed him most. In return I see how his children and father respond by loving him and the respect they give back because of all the love and hard work he do. He would do anything for me and his family without hesitation and always put his best foot forward to make sure they are given what they need.

As a husband he has treated me with respect, love and generosity for the past 5 years. We hardly get into fights or arguments and if we do it has been petty misunderstandings. He never raise his voice on me not even once. He support me with whatever I wanted to do and push me to always do my best and never get scared to try new things. He respect my decisions and help me a lot in coping and adjusting living here in America. He is a hard worker and many times went in on his days off to help out he never complain. His co workers loved him for having a good attitude at work and listening when anyone has a problem weather it's work or personal related issues. He listen and consider peoples feelings and emotions.

His dad has had many health challenges and is 82 now. Brian has always been there for him to help around his house or take him to his doctor appointments. He would attend to his needs even if he was tired from work. I have never heard him complain about it.

People come to him cause they know he will listen and not judge them. That is what drawn me to him more a loving, kind and considerate person with a heart of gold. I have to remind him sometimes to prioritize himself and love himself more before everyone else. In the last five years of being married and getting to know him deeper and deeper my love for him has gotten stronger. He encourage me to see the world and live my dreams. We travel across the country together every time we created good memories and good memories that will last a life time. He never missed a day reminding me how beautiful I am and how good of a husband I am and how he loves and cares about me every single day

and it does really touches my heart. I consider myself the luckiest man. Yes we are ordinary people we don't have the wealth but the life we build together is priceless and will always be remembered.

Brian and I have talked a lot about what he did. He has expressed deep shame and regret for what he did. We both have cried more times than I can count over this. He knows he has hurt many people and has taken responsibility from day one. He has told me how sorry he is and I believe him. It is hard for others to understand why I stay with him but I know that he is not just his crime. Yes he made a horrible mistake but I know that he is a kind, loving and caring person and know the true him. I've seen the goodness in him for over 10 years. I can't just throw away the hundreds of good things he's done over this one mistake. I love him and he loves me. I know its hard to understand that he did a bad thing but he is not a bad person.

Thank you for your time and allowing me to tell you about Brian.


Sincerely,

*[signature]*

Giancarlo E. Relon


1005 Colby St #4

Madison, WI 53715

James E. Lamphier

732 Struck St. Apt 310

Madison, WI 53711

July 26, 2021

Honorable James D. Peterson

United States District Court

Western District of Wisconsin

120 North Henry Street

Madison, WI 53703

Dear Judge Peterson:

My name is James E. Lamphier, I am the father of Brian Dean Lamphier who will be appearing as a defendant before you later this year.

Brian is the youngest of three sons born to my wife Sharon and myself in Madison. His mom and oldest brother both passed away about 11 years ago. Brian was a great help to me during this time. He has always been the first to offer help not only to me but others as well. He attended St. Dennis Catholic grade school and LaFollette High School. He was a good student and was elected class president in both his junior and senior years, as well as being a member of the student council. He also participated in many sports and while all this also working a part time job thru out school. After graduation he joined the United Stated Air Force and served 8 years. During that time he was deployed to Saudi Arabia in Desert Storm. While in the Air Force he won many awards including Airman of the year for his unit. While deployed in Desert Storm his wife Paula who he married while in the Air Force lost a set of twin girls due to miscarriage. They later had 3 more children. After 13 years of marriage he admitted to himself and others that he was really gay and he and Paula divorced. Brian has always been a good father to his children. Even after the divorce he and Paula maintained a good relationship and he was always a part of his childrens growing up. To this day he continues to have a good relationship with his children. I have never had a problem with his sexual orientation and I love my son very much.

After being honorably discharged from the Air Force and returning to the Madison area he was employed as a manager and eventually general manager of several restaurants in Madison. At one time he owned his own restaurant in Madison and worked very hard at this.

After battling alcoholism since his teen years he has been sober for more than seven years. He is now married to a new partner for over five years and they are very happy.

The crime that he is accused of has shamed and embarrassed him very much. He is deeply sorry for the embarrassment and shame he has brought to his family, friends, community and former employer who he admired very much, and they admired his work skills and devotion to his job. He was asked many times to help at other stores around the state to help them get better organized. He freely admits that the fault is entirely his and that there is no one else to blame for his crime. He has expressed deep regret to me about his actions.

In spite of what he has done and being accused of I stand behind and support him and love him very much. He has always been kind, generous, and helpful to everyone around him. He is a wonderful son who is the first to help others. He has always been there to help me with all my medical conditions and hospital appointments. He and I have talked about his actions and he has admitted that he wishes he had never been tempted to commit this crime. I can see the hurt and shame inside him and I believe his sincerity that he is sorry.

Thank you for taking the time to read and consider my thoughts and opinions in this letter.

Sincerely yours,

*[signature: James E. Lamphier]*

James E. Lamphier

Dear Judge Peterson

I am writing in reference to Brian Lamphier, who is appearing before your court. My name is Karley Lamphier and I have worked at Hy-Vee as a baker for the last four years. I have known Brian my entire life as he is my dad. I realize given the circumstances it my be difficult to believe but I 100% know in my heart that Brian has many positive attributes that are deserving of being given a second chance. My dad's best attributes are caring, honest, and supportive.

Brian has always been honest and open with all aspects of his life with me. With regards to the crime in question he was upfront and truthful of the nature and details and every time we've discussed my dad's case he has and continues to be extremely remorseful. My dad has always been my number one supporter, from a young age being my t-ball coach, supporting me through the best times, and continuing to

always be on my side even through the worst of times. I struggled with addiction and he was there in the beginning and checked me in to rehab and made sure to show me his immense love through my long journey of finding sobriety and still to this day shows his support to me and his 5 year old grand-daughter.

I pray you will recognize the power you have in regards to Brian's future and take into consideration all of the good Brian has accomplished and all the good he could continue to do if given a second chance with your decision with sentencing. Thank you in advance for your time and for your consideration.

*Harley Camphies*